**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1259**

---

DORA L. ADKINS,

        Plaintiff - Appellant,

     v.

MERCEDES-BENZ, RICHMOND; 5 STAR/MAR Y MAS, LLC,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:25-cv-00237-CMH-WEF)

---

Submitted:  May 22, 2025                         Decided:  May 28, 2025

---

Before KING, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dora L. Adkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motion for leave to file an emergency complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Adkins v. 5 Star/Mar Y Mas, LLC*, No. 1:25-cv-00237-CMH-WEF (E.D. Va. Feb. 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*